IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

**08 CIV. 7689**

------------------------------------------------------------ X
ALEX HERSHMAN and DORA HERSHMAN,

        Plaintiffs,

v.

MEDTRONIC, INC.,

        Defendant.
------------------------------------------------------------ X

Civil Action No._____

**JUDGE SEIBEL**

## CORPORATE DISCLOSURE STATEMENT OF MEDTRONIC, INC.

COMES NOW Defendant Medtronic, Inc., pursuant to Fed. R. Civ. P. 7.1, and files its Corporate Disclosure Statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock or stating that there is no such corporation. Medtronic, Inc. states as follows:

1. Medtronic, Inc. is a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock.

DATED: New York, New York
        September 2, 2008

MAYER BROWN LLP.

By: _____
Hector Gonzalez
Mauricio A. España

1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendant Medtronic, Inc.*