UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALEX HERSHMAN and DORA
HERSHMAN,

       Plaintiffs,

       v.

MEDTRONIC, INC.,

       Defendant.
------------------------------------------------------------ X

08 Civ. 7689 (CS)(GAY)

**AFFIRMATION OF SERVICE**

       **MAURICIO A. ESPAÑA**, an attorney admitted to practice in the courts of the State of New York, affirms under penalty of perjury:

       1.    I am associated with the firm of Mayer Brown LLP, attorneys for Defendant Medtronic, Inc.

       2.    On September 3, 2008, I served a true and correct copy of Defendant's Notice of Removal by overnight delivery, on the following attorneys appearing in the above-captioned action at the address designated by him for that purpose:

> Christopher R. LoPalo, Esq.
> NAPOLI BERN RIPKA & ASSOCIATES LLP
> 350 Fifth Avenue, Suite 7413
> New York, New York 10118
> (212) 267-3700

by depositing true and correct copies properly enclosed in postpaid wrappers into the custody of UPS, which is an overnight delivery service, for next-business day delivery, prior to the latest time designated by UPS for next business day service.

Dated: September 3, 2008
       New York, New York

                                                    _____
                                                    Mauricio A. España

17531430